IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CANDY VILLANUEVA, et al.,

      Plaintiffs,             No. 2:12-cv-0711 GEB GGH PS

    vs.

FIRST FEDERAL BANK OF CALIFORNIA, et al.,

      Defendants.            ORDER TO SHOW CAUSE

_____/

        This action was referred to the undersigned pursuant to Local Rule 302(c)(21). Pursuant to Federal Rule of Civil Procedure 4(m), the court may dismiss an action where service of summons is not made within 120 days after the filing of the complaint. In the order requiring timely service filed March 22, 2012, plaintiffs were cautioned that this action may be dismissed if service was not timely completed. This action was filed March 21, 2012 and plaintiffs have not yet served defendants with summons.

\\\\\

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS HEREBY ORDERED that:

Plaintiffs shall show cause, in writing, within fourteen days from the date of this order, why this action should not be dismissed for failure to comply with Federal Rule of Civil Procedure 4(m). Failure to <u>timely</u> file the required writing will result in a recommendation that the case be dismissed.

DATED: August 23, 2012

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:076/Villanueva0711.fsrv.wpd