IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CANDY VILLANUEVA, et al.,

      Plaintiffs,                No. 2:12-cv-0711 GEB GGH PS

  vs.

FIRST FEDERAL BANK OF CALIFORNIA, et al.,

      Defendants.             FINDINGS AND RECOMMENDATIONS

_____/

      By an order filed August 23, 2012, plaintiffs were ordered to show cause within fourteen days for their failure to serve defendants with summons in compliance with Federal Rule of Civil Procedure 4(m). Plaintiffs were cautioned that failure to respond to the order would result in a recommendation that this action be dismissed. The fourteen day period has now expired, and plaintiffs have not responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

      These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiffs may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiffs are advised that

1

1 failure to file objections within the specified time may waive the right to appeal the District
2 Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
3 DATED: September 24, 2012

<u>/s/ Gregory G. Hollows</u><br>
UNITED STATES MAGISTRATE JUDGE

Villanueva0711.fr.wpd